**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**RANDY E. PERKINS**                                                             **PLAINTIFF**

**vs.**                                                 **CAUSE NO. 2:11-CV-152-MPM-JMV**

**TUNICA ROADHOUSE CORPORATION**                        **DEFENDANT**

## ORDER

The court conducted a hearing in this matter on July 13, 2012, on Plaintiff's counsel's Motion to Withdraw as Attorney [31] and Defendant's Second Motion to Compel [32]. The court heard matters *in camera* with respect to the Motion to Withdraw followed by a hearing in open court with respect to the Motion to Compel. Consistent with the court's oral ruling in open court, it is

**ORDERED**:

1. That counsel's Motion to Withdraw [31] is DENIED for lack of good cause. This ruling is without prejudice to counsel's right to later seek leave to withdraw should circumstances constituting sufficient cause arise.

2. That Defendant's Motion to Compel [32] is DENIED. Nevertheless, Plaintiff is reminded of his obligation to inform Defendant of the identities of any medical providers that have been requested in discovery and to produce any medical records in his possession that are relevant to the claims and defenses in this case or which otherwise supplement prior disclosures. To the extent Plaintiff has any such medical records that have not already been produced, said records must be

produced by 12:00 p.m. on Monday, July 16, 2012. Lastly, Plaintiff shall execute any medical authorization(s) presented by Defendant within 48 hours of said request.

This 13th day of July, 2012.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE